IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CHARLIE VAUGHN                                                                                        PETITIONER
ADC # 84104

v.                                          5:17CV00087-DPM-JJV

WENDY KELLEY, Director,
Arkansas Department of Correction                                                         RESPONDENT

## ORDER

Before the Court is Mr. Vaughn's Petition for Habeas Corpus. (Doc. No. 1.) The Clerk of the Court shall serve a copy of the Petition (Doc. No. 1) and this Order on the Respondent and the Attorney General's Office by regular mail. Respondent shall file an answer, motion, or other pleading responsive to the Petition, in conformity with Rule 5 of the Rules Governing Section 2254 Cases in the United States District Court, within forty days after service of this Petition, exclusive of the day of service.

IT IS SO ORDERED this 4th day of April, 2017.

JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE